Jesse James EVANS, Appellant, v. A. C. ADER-HOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7135.

Circuit Court of Appeals, Fifth Circuit.

Oct. 13, 1933.

H. T. Nichols, Asst. U. S. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, FOSTER, and SIBLEY, Circuit Judges.

PER CURIAM.

The judgment is affirmed.

Paul EVINGER, etc., v. UNITED STATES of America.

No. 950.

Circuit Court of Appeals, Tenth Circuit.

Sept. 14, 1933.

James H. Mathers, of Oklahoma City, Okl., for appellant.

Herbert K. Hyde, U. S. Atty., of Oklahoma City, Okl.

Before LEWIS, PHILLIPS, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

FEDERAL TRADE COMMISSION, Petitioner, v. EDWIN CIGAR COMPANY, Inc., Respondent.

SAME, Petitioner, v. JAMES B. HALL, Jr., Inc., Respondent.

Nos. 99, 100.

Circuit Court of Appeals, Second Circuit.

Dec. 5, 1933.

Robert E. Healy, Chief Counsel, Federal Trade Commission, and Martin A. Morrison, Asst. Chief Counsel, Federal Trade Commission, both of Washington, D. C., for petitioner.

Bennett E. Siegelstein, of New York City (Perry Ausschnitt, of New York City, of counsel), for respondents.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Petitions granted in open court.

Joseph FELDMAN v. UNITED STATES of America.

No. 6351.

Circuit Court of Appeals, Sixth Circuit.

May 18, 1933.

Blakely & Murphy and Jas. R. McGarry, all of Covington, Ky., for appellant.

Sawyer A. Smith, U. S. Atty., of Covington, Ky.

PER CURIAM.

Judgment of District Court reversed, and cause remanded for new trial.